(Slip Opinion) Cite as: 556 U. S. \_\_\_\_ (2009) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 07–1216

PHILIP MORRIS USA INC., PETITIONER *v.* MAYOLA WILLIAMS, PERSONAL REPRESENTATIVE OF THE ES-TATE OF JESSE D. WILLIAMS, DECEASED

ON WRIT OF CERTIORARI TO THE SUPREME COURT OF OREGON

[March 31, 2009]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*